Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
### District of Massachusetts

Daniel Joseph Joubert ) Case No. _____
)
) (to be filled in by the Clerk's Office)
_____ )
Plaintiff(s) )
*(Write the full name of each plaintiff who is filing this complaint.* ) Jury Trial: *(check one)* ☐ Yes ☐ No
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )

Kindred Country Estates )
-v- )
)
)
_____ )
Defendant(s) )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

# COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Daniel Joseph Joubert |
| Street Address | 29 Northumberland St. |
| City and County | Springfield, Hampden |
| State and Zip Code | MA, 01109 |
| Telephone Number | 413-777-5194 |
| E-mail Address | www.daniel700@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

**Defendant No. 1**

    Name      Kindred Country Estates

    Job or Title *(if known)*      Corp.

    Street Address      680 South Forth St.

    City and County      Louisville

    State and Zip Code      KY 40202

    Telephone Number      1-800-545-0749, Fax 800-283-5557.

    E-mail Address *(if known)*

**Defendant No. 2**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**Defendant No. 3**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**Defendant No. 4**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[ ] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Daniel Joubert , is a citizen of the State of *(name)* MA .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

     *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    **The Amount in Controversy**

       The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see, + Read EXHIBIT A, Cover letter, EXHIBITS A1, A2, - A3, A4, A5. Exhibit: B. B1 Report Phy Abuse, B2 pic's Color - - wounds, B3 pic's Moms Bruises. EXHIBIT B4, Multied pic's. B5. Black + blue pic. Exhibit C. C2. EXHIBIT D. MA Health Care Proxy, D12 EXHIBIT E. E2. EXHIBIT F. Thru F10. "Exhibit: H, Thru H6." + EXHIBIT J. Thru J5. —

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

IN Relief Damages Ps #1. Sec #2. This is a Direct Violation of (Hip AA) Laws, which entitles Daniel Joseph Joubert The Maximum Punitive, Damage's of IN Relief, Damages, Ps #2. cont - Exhibits F, Thru F6, F7, F8, F9, F10.

Count #1 $250,000

Count #2. $500,000 $250,000

Count #3.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     *April 25, 2019*

Signature of Plaintiff

Printed Name of Plaintiff     *Daniel Joubert*

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

## IV. RELIEF OF DAMAGES



**#1. KINDRED COUNTRY ESTATES, AND IT'S STAFF, DR. GERALD STEINBERG, MD.,
COVERTLY FILED FALSE NEGLECT AND ABUSE CHARGES, AGAINST DANIEL
JOUBERT. TO GET FINANCIAL, PHYSICAL CONTROL AWAY FROM HIM, AND
TRANSFER HIS MOTHER TO KINDRED COUNTRY ESTATES NURSING HOME,
LOCATED IN AGAWAM, MASS. SEE EXHIBITS C, C1, and C2. THIS FILE,
INFORMATION WAS KEPT COVERTLY (SECRET), AND WAS USED AGAINST DANIEL
JOSEPH JOUBERT AND HIS MOTHER, BARBARA A. SMITH-CHAFFEE.**


**#2. THIS IS A DIRECT VIOLATION OF HIPPA LAWS, WHICH ENTITLES DANIEL
JOSEPH JOUBERT, THE MAXIMUM PUNITIVE DAMAGES OF $250,000 DOLLARS,
AND A 5 YEAR PRISON TERM, FOR THE PERPETRATORS , S. HIPPA RELEASE
AUTHORITY.**


**#3. PLEASE SEE EXHIBIT D THROUGH D12, MASSACHUSETTS HEALTH CARE
PROXY, EXHIBIT D3, exhibit d3, PAGE  #3, (5), HIPPA RELEASE AUTHORITY. I
INTEND, MY AGENT, TO BE TREATED AS I WOULD BE, WITH RESPECT TO MY
RIGHTS REGARDING THE USE AND DISCLOSURE OF MY INDIVIDUALLY
IDENTIFIABLE HEALTH INFORMATION OR OTHER MEDICAL RECORDS. THE
RELEASE AUTHORITY APPLIES TO ANY INFORMATION OR OTHER MEDICAL
RECORDS. THIS RELEASE AUTHORITY APPLIES TO ANY INFORMATION
GOVERNED BY, THE HEALTH INSURANCCE PORTABILITY AND ACCOUNTABILITY
ACT OF 1966 (a/k/a HIPPA), 42usc132od, and 45CFR160-164.**

**EXHIBITSF, F1, F2, F3, F4, F5, F6. PLEASE SEE EXHIBIT F6, REPORT. PATRICIA
SALISB ·RY (DIRECTOR0, OF KINDRED COUNTRY ESTATES AND REBECCA
STODDARD, 9HEAD OF NURSING AT KINDRED COUNTRY ESTATES(, WHERE
BOTH MADE AWARE IN A REPORT DATED, SATURDAY, MAY 7, 2016 AND
SUNDAY, MAY 8, 2016, MOTHER'S DAY, OF PHYSICAL ABUSE OF PATIENT,
BARBARA A. SMITH-CHAFFEE. (NOTE: SEE PICTURE, EXHIBIT F7, F8, F9, F10).**

## RELIEF OF DAMAGES

**#1. ROBIN THERRIEN, SOCIAL WORKER AT KINDRED COUNTRY ESTATES, LIED AND SIGNED DOCUMENTS, AND PERJURED HERSELF. FILING FALSE UNDOCUMENTED CHARGES AGAINST DANIEL JOUBERT AND BRUCE CHAFFEE.**


**#2. EXHIBIT #G5,  NOW COMES THE MOVING PARTY, COUNTRY ESTATES OF AGAWAM, MASS, WHO STATES AS FOLLOWS; RESPONDENT, BARBARA SMITH, IS A FORCED RESIDENT AT COUNTRY ESTATES OF AGAWAM. HER SON, WHO IS HER REPRESENTATIVE PAYEE AND POSSIBLY HER DURABLE POWER OF ATTORNEY, AND HER HUSBAND, ARE BEING INVESTIGATED BY GREATER SPRINGFIELD SENIOR SERVICES, FOR CARETAKER NEGLECT AND FINANCIAL EXPLOITATION. THIS STATEMENT IS A LIE! BARBARA SMITH'S CASE WITH GREATER SPRINGFIELD SENIOR SERVVICES WAS CLOSED 2/8/2017. PLEASE SEE EXHIBIT G1. THE MOTION FOR APPOINTMENT OF TEMPORARY CONSERVATOR, PETITION FILED FEBRUARY 8, 2017. THE SAME DAY BARBARA SMITH'S CASE GREATER SPRINGFIELD SENIOR SERVICES CLOSED HER CASE/ WHERE'S THE MYSTERY? GREATER SPRINGFIELD SENIOR SERVICES INVESTIGATION FINDINGS, CLAIMED BY ROBIN THERRIEN AND KINDRED COUNTRY ESTATES? THEY SIMPLY DO NOT EXIST, NOR WILL THEY EVER!**

**DANIEL JOSEPH JOBERT, FOWARDED THIS INFORMATION TO BOTH OF THEM! PATRICIA SALISBURY AND REBECCA STODDARD, THEY CHOSE TO DO NOTHING! THEY NEVER FILED WITH THE MASS HEALTH DEPT. OR HIPPA, THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1966, (a/k/a HIPPA), 42USC 132od and 45CFR 160-164. WHAT PATRICIA STODDARD HAS DONE, IS A CRIMINAL ACT AND A DIRECT VIOLATION OF HIPPA LAWS, WHICH ENTITLES, DANIEL JOSEPH JOUBERT, THE MAXIMUM PUNITIVE DAMAGES OF $250,000 AND UP TO 10 YEARS PRISON TERM FOR THE PERPETRATORS!**

**DAMAGES TO PLAINTIFF, THE COURT TO ORDER:**

**#1. PAIN AND SUFFERING DAMAGES, SENIOR AND DISABLED PERSON, DANIEL JOUBERT.**

**##2. MY MOTHER, BARBARA A. SMITH-CHAFFEE, WAS TAKEN AWAY FROM ME IN MAY OF 2016! BY S/W AND ADMINISTRATORS AT KINDRED COUNTRY ESTATES! MOM HASN'T BEEN HOME, GOING ON 4 YEARS! KINDRED COUNTRY ESTATES, MAY HAVE SEPERATED US PHYSICALLY, BUT NOT OUR LOVE BETWEEN A MOTHER AND SON, AND A SON AND HIS MOTHER! I AM SORRY MOM, I COULDN'T PROTECT YOU BETTER! I JUST DIDN'T REALIZE HOW CORRUPT AND GREEDY THE NURSING HOME INDUSTRY HAS BECOME! I WANT YOU TO COME HOME! YOUR LOVING SON, DANIEL JOUBERT**

**#3. PAIN AND SUFFERING? I WOULD GIVE ALL THE GOLD AND WEALTH OF THE WORLD TO HAVE MOM BACK HOME!**

Count # 1. HIPPA, Act of 1966 (a/k/a HIPPA) 42 usc 1320d, 45CFR - 160 - 164, See Exhibits C, C1, and C2. This File.   $ 250,000.00

Count#2. HIPPA, Act of 1966 (a/k/a HIPPA) 42 usc 1320d, 45 cFR 160- 164 Exhibits, F Threw F10, Patricia Salisberry Director, of Kindred Country Estates, and REBECCA Stoddard Head of Nursing at Kindred Country Estate's.

Count #3. Perjury, Slander Defamation or   $ 250,000.00
Carector, of Daniel Joseph Joubert.   $ 250,000.00
Robin Therrien is a socail worker at,
Kindred Country Estate's, See Exhibit's # G-5, F, G,
And H, I, J.   $ 250.000,00

DAMAGES TO PLAINTIFF
TOTAL = $ 1,000,000,00






Exhibit # F9.



Exhibit # F 10.

My name is Daniel Joubert, I am the son of Barbara Smith. My mother, Barbara Smith is a resident of Kindred / Country Estates West 2-SNF. Barbara Smith was admitted on 5-5-16.

On Monday, August 8, 2016, I, Daniel Joubert, and Bruce Chaffee, Barbara Smith's husband, went to visit Barbara Smith at Kindred Country Estates. We were all in the family visiting room when I noticed my mother's shoes, hat and baby dolls were missing. I told mom "I'll go back to your room and get the items." I went back to my mother's room, #235, and began looking for these items. I noticed mom's roommate's curtain was drawn completely around her bed. Her $O_2$ was running, I thought I might be disturbing her and said, "I am looking for my mother's personal items, it will only take me a moment." At the time, unbeknownst to me, mom's roommate had died earlier that morning (8/8/16)!

There was nothing unusual to indicate such a tragic event - no caution yellow tape, no restrictions into or out of the room. We were never informed by any nurses, administrators, aides, PCAs or anyone else. It was as if nothing had happened!

I brought my mother's items back to the family room. I suggested that we go to the other patient family room located at the other side of floor #2. We packed up our belongings and proceeded to the other family room.

The 2nd visiting family room is located next to the elevators. We were visiting and eating snacks we had brought to mom. The elevator door opened and out came 3 men with a gurney bed on wheels and a black body bag. One of the men looked like a funeral director.

Bruce and I made a comment about the men. Bruce said "Someone has died?" It was 2 p.m. EDT.

At 2:30 p.m. the men returned to the elevators with a body in the black body bag. It was disturbing, to say the least, to witness such an event. At the time we did not know it was my mother's roommate's body being removed.

At 3:30 p.m. we brought mom outside to the tent patio and ran into Louis. We talked. Louis was playing Yahtzee. Bruce went inside to get some soda and water.

At 5:00 p.m. we headed back to the 2nd floor visiting and dining hall area. Dinner was brought to Barbara at 5:30 p.m. The aide, a Jamaican woman who knew my mother on sight, offered to take my mother's baby dolls so mom could eat. My mother said thank you and began eating.

I asked about the body we saw being taken out in the elevator. The aide said "I am sorry, that was Barbara's roommate." I said "You're kidding! When did she pass?" The aide replied "Very early this morning." I replied "Are you kidding me? They left her in her bed? With my mother in the room?" For 10 hours!

Why wasn't my mother, Barbara Smith, removed from the room? Why didn't they quarantine room #235? Why did they leave my mother's roommate unattended for 10 hours? Aren't there protocol procedures? Aren't there health codes, standards and procedures that have to be met? Should people, staff, maintenance be allowed in room #235 after a person is declared dead by a medical examiner? Is this the way Kindred / Country Estates handles the passing of one of their clients? I, Daniel Joubert, am a mandated reporter. Bruce E. Chaffee is a mandated reporter.

8 - 8 - 2016
Monday